1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JON R. SIMPSON,                          CASE NO. CV-F-03-6730 OWW  WMW HC

12                  Petitioner,               ORDER ADOPTING FINDINGS AND RE
                                              PETITION FOR WRIT OF HABEAS CORPUS
13
                                              [Doc. 40]
14
     RAYMOND ANDREWS,
15
                  Respondent.
16   _____/

17

18

19

20         Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

21   pursuant to 28 U.S.C. § 2241. On August 1, 2006, the Magistrate Judge entered  findings and

     recommendations   herein.   These findings and recommendations were served on the parties and
22
     contained notice to the parties that any objections to the findings and recommendations were to be filed
23
     within thirty days.  No objections were filed.[1]
24
           In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo
25
26   review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

27        [1]The court notes that Petitioner's copy of the findings and recommendation was returned by the United States Postal
     Service as undeliverable.  However, pursuant to Local Rule 83-182(e), service on a petitioner at the address of record is fully
28   effective.

                                            1

1    Having carefully reviewed the entire file, the court finds the findings and recommendations to be

2    supported by the record and by proper analysis.

3              Based on the foregoing, it is HEREBY ORDERED  that:

4    1.        The findings and recommendations issued by the Magistrate Judge on

5              August 1, 2006, are a adopted in full;

6    2.        The Petition for Writ of Habeas Corpus is dismissed;

7    3.         The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

8              IT IS SO ORDERED.

9    **Dated:     September 22, 2006**              **/s/ Oliver W. Wanger**
     emm0d6                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28